# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ENGLISH HARPER,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**YORKTIM, LLC,**<br><br>　　　　**Defendant.** | Case No. 1:24-cv-01363 |

## PLAINTIFF'S STIPULATION OF DISMISSAL

Plaintiff English Harper, through his undersigned counsel, hereby states that this case has been settled and stipulates to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with costs taxed as paid.

| | |
|---|---|
| Dated: June 18, 2024 | Respectfully submitted,<br><br>*/s/ C. James Terry*<br>C. James Terry, Esq.<br>Law office of C. James Terry, LLC<br>20 S. Charles Street, Suite 400<br>Baltimore, MD 21201<br>Phone: 410-699-0558<br>c.jamesterrylaw@gmail.com<br>*Attorney for Plaintiff* |