UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ENGLISH HARPER,<br><br>   Plaintiff,<br><br>v.<br><br>YORKTIM, LLC,<br><br>   Defendant. | Case No. 1:24-cv-01363<br><br>*Approved*<br><br>/s/ A. David Copperthite  6/20/24<br>A. David Copperthite<br>United States Magistrate Judge |

### PLAINTIFF'S STIPULATION OF DISMISSAL

Plaintiff English Harper, through his undersigned counsel, hereby states that this case has been settled and stipulates to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with costs taxed as paid.

Dated: June 18, 2024

Respectfully submitted,

/s/ C. James Terry
C. James Terry, Esq.
Law office of C. James Terry, LLC
20 S. Charles Street, Suite 400
Baltimore, MD 21201
Phone: 410-699-0558
c.jamesterrylaw@gmail.com
*Attorney for Plaintiff*